RECEIVED
IN LAFAYETTE, LA.
MAR 3 1 2008
mbd
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA - LAFAYETTE DIVISION**

**GREGORY BATTS** **CIVIL ACTION NO:**

**VS.** **6:08-CV-0433 LAF**

**HERCULES OFFSHORE, INC.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S ORIGINAL COMPLAINT**

Now into court, through undersigned counsel, comes Gregory Batts, a citizen of the United States, State of Louisiana, Parish of Lafayette, who files this complaint against Hercules Offshore, Inc.

I.

Hercules Offshore, Inc. is a Delaware corporation with its principal place of business in Houston, Texas; and does business in the Western District of Louisiana.

II.

This suit is brought under the general maritime law, 28 USCA §1333, and 33 USCA §905(b) and §933, for negligence and vessel negligence; also, federal jurisdiction is based upon diversity of citizenship 28 USCA §1332.

III.

On June 27, 2007, or thereabouts, plaintiff was working as a service hand, stationed upon a drilling vessel, TODCO 64, an inland barge, owned and operated by defendant Hercules Offshore, Inc. at which time he was caused to sustain serious injury to his knee, as a direct result of the negligence of Hercules Offshore, Inc. (previously known as TODCO, Inc. which has been purchased by Hercules Offshore, Inc.), vicariously through vessel employees onboard TODCO 64.

IV.

As a result of his physical injuries, plaintiff has undergone one knee surgery, and will require further medical treatment; and as a proximate cause of this injury, has and will sustain general

damages, including pain, suffering, mental anguish, as well as special damages, including loss wages, lost fringe benefits, other provable economic losses, and bills related to his medical treatment, all of which plaintiff seeks herein to recover from defendant herein, based upon the general maritime law, and 33 USCA §905(b), and §933.

WHEREFORE, after due proceedings be had, plaintiff prays that a judgment be rendered in his favor, against defendant, for the sum of $1,900,000, plus court costs, judicial interest, expert fees, and all other recoverable costs, and plaintiff asks that all issues be tried by a jury.

Respectfully submitted,

WILLIAM N. GEE, III, LTD.
(A PROFESSIONAL LAW CORPORATION)

BY: ______________________________

WILLIAM N. GEE, III
Louisiana State Bar No. 14282
Post Office Drawer 52048
Lafayette, Louisiana 70505-2048
(337) 289-0808
(337) 289-0809 (Fax)
william@williamgee.com
*Attorney for Plaintiff, Gregory Batts*

WILLIAM N. GEE, III, LTD.
A Professional Law Corporation

March 28, 2008

*via USPS*

**WILLIAM N. GEE, III**
Attorney at Law

Lafayette • Houston • New Orleans

Correspondence to:

P. O. Drawer 52048

Lafayette, LA 70505-2048

Phone (337) 289-0808

Fax (337) 289-0809

2014 W. Pinhook Rd.

Lafayette, LA 70508

Houston:

Phone (713) 621-3600

Fax (713) 621-3608

Ms. Cathy Bacon
Clerk-in-Charge
Western District of Louisiana
2100 John M. Shaw U. S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

***Re:*** ***Gregory Batts v. Hercules Offshore, Inc.***
***C.A. No: USDC,***
***Western District of Louisiana -Lafayette Division***

Dear Madam:

Enclosed herein please find Civil Cover Sheet, and the original and one (1) copy of Complaint. Please file the original and return a date-stamped copy in the enclosed, self-addressed, stamped envelope.

Also enclosed is a Summons form which need to be certified and returned to my office so that service may be effected.

Enclosed is our check in the sum of $350.00 for costs.

Thank you for your courtesy and cooperation in this matter.

Yours very truly,

William N. Gee, III

WNG,III/dhb
Enclosure