**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **GREGORY BATTS** | * | **CIVIL ACTION NO. 08-0433** |
| | * | |
| **VERSUS** | * | **JURY DEMAND** |
| | * | |
| **HERCULES OFFSHORE, INC.** | * | **JUDGE DOHERTY** |
| | * | **MAGISTRATE JUDGE HILL** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JUDGMENT**

This matter came before this Honorable Court for trial on the merits before a civil jury commencing 5 October 2009 through 8 October 2009, the Honorable Magistrate Judge Michael C. Hill presiding. Present in court were:

Lawrence N. Curtis
300 Rue Beauregard, Bldg C
POST Office Box 80247
Lafayette, Louisiana 70598-0247 and

William N. Gee, III
William N. Gee, III, Ltd.
Post Office Drawer 52048
Lafayette, Louisiana 70505-2048

Representing plaintiff, Gregory Batts

Ralph E. Kraft
Charles R. Lane
Kraft Gatz Lane Benjamin LLC
600 Jefferson Street, Suite 410
Lafayette, Louisiana 70501

Representing defendant, Hercules Offshore, Inc.

The jury, having heard all of the evidence and considering all of the facts and law applicable thereto, rendered an unanimous verdict on 8 October 2009, in favor of Hercules Offshore, Inc. as follows:

1. Do you find from a preponderance of the evidence that Gregory Batts sustained an accident while aboard TODCO 64?

Answer "Yes" or "No": Yes

**If you answered "No" to Question 1, please sign and date the Interrogatory Form and return it to the Marshal. If you answered "Yes" to Question 1, please proceed to Question 2.**

2. Do you find from a preponderance of the evidence, that Hercules was negligent in the manner claimed by Gregory Batts and that such negligence was a proximate cause of the damage to Mr. Batts under the standards given to you?

Answer "Yes" or "No": No

**If you answered "No" to Question 2, please sign and date the Interrogatory Form and return it to the Marshal. If you answered "Yes" to Question 2, please proceed to Question 3.**

CONSIDERING the above finding having been made by the jury and entered and signed by the jury foreperson on 8 October 2009, the Court enters the following Judgment:

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant, Hercules Offshore, Inc., and against plaintiff, Gregory Batts, dismissing plaintiff's claims in this matter against Hercules Offshore, Inc., with prejudice, at plaintiff's cost.

THUS DONE AND SIGNED this 17 day of November, 2009 at Lafayette, Louisiana.

MICHAEL C. HILL
United States Magistrate Judge

Respectfully submitted,

KRAFT GATZ LANE BENJAMIN, LLC

Ralph E. Kraft (ID 7918)
600 Jefferson Street, Suite 410
Lafayette, Louisiana 70501
rek@kgdlawllc.com
337.706.1818 telephone
337.706.1828 telefax

Counsel for Hercules Offshore, Inc.

APPROVED AS TO FORM:

Lawrence N. Curtis
300 Rue Beauregard, Bldg C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
larryc@larrycurtis.com
337.235.1825 - Telephone
337.237.0241 - Fax

and

William N. Gee, III, Ltd.

William N. Gee, III
Post Office Drawer 52048
Lafayette, Louisiana 70505-2048
william@williamgee.com
337.289.0808 - Telephone
337.289.0909 - Fax

Representing plaintiff, Gregory Batts